PATRICIA KAREN KILLIAN, Appellant, v CAPTAIN SPICER'S GALLERY, LLC, et al., Respondents.

Submitted January 30, 2017; decided May 2, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM FLANAGAN, Appellant.

Submitted April 3, 2017; decided May 2, 2017

Motion for reargument denied [*see* 28 NY3d 644 (2017)].

In the Matter of CARLTON WALKER, Appellant, v JONATHAN LIPPMAN, as Chief Judge of the New York Court of Appeals, et al., Respondents.

Decided May 2, 2017

Appeal dismissed without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

Judge RIVERA taking no part.